# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SCOTT A. HINCKLEY,          )<br>                                               )<br>            **Plaintiff**          )<br>     v.                                     )          No. 2:10-cv-197-GZS<br>                                               )<br>MICHAEL J. ASTRUE, Commissioner )<br>Of Social Security,                 )<br>                                               )<br>            **Defendants**      ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 15) filed March 29, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the commissioner is **AFFIRMED.**

                                           /s/ George Z. Singal
                                           United States District Judge

Dated this 25th day of April, 2011.